UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE, | Case No. 08-00681-RSM-JPD |
| Plaintiff, | ORDER |
| v. | |
| JANET HALL et al., | |
| Defendants. | |

Plaintiff John Little, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 lawsuit, has moved the Court for a copy of "the full record of this case." Dkt. No. 28. Plaintiff alleges that he has lost his copy of the record of this case due to his "destitution, homelessness, and indigenc[e]."[1] *Id.*

After careful consideration of the motion and the balance of the record, the Court ORDERS as follows:

---

[1] Plaintiff recently moved the Court for an extension of time to prosecute this action and to reopen discovery, Dkt. No. 23, which the Court denied on December 30, 2008, Dkt. No. 29. The Court's Order denying Plaintiff's request for an extension of time to prosecute this action and to reopen discovery was returned to the Court as undeliverable on January 8, 2009. Dkt. No. 30.

ORDER
PAGE - 1

(1) Plaintiff's request for a copy of the full record of this case (Dkt. No. 28) is DENIED. Plaintiff has failed to demonstrate sufficient cause for the Court to grant such a request.

(2) The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this 9th day of January, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge