UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE, | Case No. 08-cv-0681-RSM-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| JANET HALL, et al., | |
| Defendants. | |

Plaintiff John Little is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action against three Snohomish County Jail employees. Dkt. No. 6. At the time he filed his complaint, Plaintiff was incarcerated in the Snohomish County Jail in Everett, Washington. Plaintiff's amended complaint centers on his allegation that he was subjected to cruel and unusual punishment when he was denied use of a walker at the Snohomish County Jail. *Id.* Plaintiff identified Janet Hall, Sergeant Fred Young, and Steve Thompson, the director of the Snohomish County Jail, as defendants. *Id.*

On October 23, 2008, Defendants filed a motion for summary judgment. Dkt. No. 16. Plaintiff never responded to Defendants' motion. On December 12, 2008, Plaintiff filed a motion for extension of time to prosecute and reinstate discovery proceedings, Dkt. No. 23,

which was denied by this Court, Dkt. No. 29.  On January 8, 2009, the copy of the Court's order denying Plaintiff's motion for extension of time to prosecute and reinstate discovery proceedings, which was mailed to Plaintiff at the Snohomish County Jail, was returned as undeliverable.  Dkt. No. 30.  In addition, on December 17, 2008, Plaintiff filed a motion for a copy of the entire record, Dkt. No. 28, which was denied by this Court, Dkt. No. 31.  On January 21, 2009, the copy of the Court's order denying Plaintiff's motion for the entire record, which was mailed to Plaintiff at the Snohomish County Jail, was also returned as undeliverable.  Dkt. No. 32.  To date, Plaintiff has not provided the court with a new address, nor has he responded to Defendants' motion for summary judgment.

Because well over sixty days have elapsed since mail directed to Plaintiff at his address of record was first returned to the court by the post office as undeliverable, and because Plaintiff has not notified the Court of his current address, this action is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

DATED this 26th day of March, 2009.

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2