UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE,<br><br>        Plaintiff,<br><br>        v.<br><br>JANET HALL, et al.,<br><br>        Defendants. | Case No. 08-cv-0681-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's amended § 1983 complaint (Dkt. No. 6) and this action are DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 15th day of May, 2009.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1